UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN HEATH-ORR,<br>    Plaintiff,<br><br>            v.<br><br>HSBC BANK, N.A., et al.,<br>    Defendants. | No. 3:15-cv-512 (SRU) |

## ORDER DISMISSING CASE

The court has previously warned plaintiff, Karen Heath-Orr, that failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure would result in dismissal of this case. Rule 4(m) provides, in part, that if service of the summons and complaint is not made upon the defendant within 120 days after the filing of the complaint, the court, after notice to the plaintiff, shall dismiss the action without prejudice.  It appears that more than 120 days have passed since the filing of the complaint in this case and an executed return of service upon HSBC Bank, N.A., Ocwen Loan Servicing, LLC, and DOES 1-10 has not been filed.  Accordingly, this case is hereby dismissed without prejudice, against those parties, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to close this case.

It is so ordered.

Dated at Bridgeport, Connecticut, this 6th day of October 2015.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge